# United States Court of Appeals for the Federal Circuit

## E R R A T A

February 3, 2006

Appeal No. 03-1341,-1366,

Precedential Majority Opinion, <u>nCube Corporation v Seachange International</u>

Decided  January 9, 2006

Page 13, last line:  delete "nCube's" and replace with "SeaChange's"